[No. 27353-5-II.  Division Two.  July 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVE FREDERICK GUTSCH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-01691-5, Terry D. Sebring, J., entered May 4, 2001. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Houghton, J.

[No. 27499-0-II.  Division Two.  July 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL RICHARD SWOFFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-1-00657-5, James E. Warme, J., entered June 8, 2001. *Affirmed in part* and *remanded* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ.

[No. 28231-3-II.  Division Two.  July 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DUANE MICHAEL SLOAN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-1-01502-6, William J. Kamps, J., entered December 21, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.

[No. 28304-2-II.  Division Two.  July 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. LATRIA PATRICE MANUEL, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-1-00959-0, Leonard W. Costello, J., entered January 7, 2002. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Seinfeld, JJ.